BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Room 4401
Fresno, CA  93721
Telephone:  (559) 497-4000

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>TIMOTHY NEW,<br><br>            Defendant. | No. 1:14MJ0074 SKO<br><br>[PROPOSED] ORDER |

For good cause shown, IT IS HEREBY ORDERED THAT:

The arrest warrant as to Defendant Timothy New in the above-captioned matter be unsealed.

DATED:

_____
SHEILA K. OBERTO
U.S. Magistrate Judge